01

02

03

04

05

06                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,            )    CASE NO. CR08-082-RSL
                                          )
09          Plaintiff,                    )
                                          )
10      v.                                )
                                          )    DETENTION ORDER
11  SHAWN VANELL PIPER,                   )
                                          )
12          Defendant.                    )
    _____    )
13

14  Offense charged:      Conspiracy to Distribute Cocaine and Crack Cocaine; Distribution of

15              Cocaine; Distribution of Crack Cocaine

16  Date of Detention Hearing:    March 25, 2008

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          1.      Defendant has been charged with a drug offense the maximum penalty of which

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

01 is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

02 dangerousness and flight risk, under 18 U.S.C. §3142(e).

03          2.        Defendant does not contest detention.

04          3.        Defendant's past criminal record includes drug offenses and firearms charges.

05 According to the AUSA, a firearm was found in defendant's residence at the time of arrest,

06 together with large quantities of both cocaine and crack cocaine.  The AUSA proffers that

07 defendant and his co-defendant/wife have access to large amounts of cash which have not been

08 located or seized by case agents.

09          4.        Taken as a whole, the record does not effectively rebut the presumption that no

10 condition or combination of conditions will reasonably assure the appearance of the defendant as

11 required and the safety of the community.

12 It is therefore ORDERED:

13          (1)       Defendant shall be detained pending trial and committed to the custody of the

14                    Attorney General for confinement in a correction facility separate, to the extent

15                    practicable, from persons awaiting or serving sentences or being held in custody

16                    pending appeal;

17          (2)       Defendant shall be afforded reasonable opportunity for private consultation with

18                    counsel;

19          (3)       On order of a court of the United States or on request of an attorney for the

20                    Government, the person in charge of the corrections facility in which defendant is

21                    confined shall deliver the defendant to a United States Marshal for the purpose of

22                    an appearance in connection with a court proceeding; and

01    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02           counsel for the defendant, to the United States Marshal, and to the United States

03           Pretrial Services Officer.

04    DATED this 25th day of March, 2008.

05

06                                        Mary Alice Theiler
                                          United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 3