**JUDGE LASNIK**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>SHAWN PIPER, et al.<br><br>　　　　　　　　　　Defendants. | **CASE NO. CR 08-82 RSL**<br><br>ORDER ON DEFENDANT OFFORD'S MOTION FOR DISCOVERY (REVISED) |

　　　　Based on Defendant OFFORD'S motion for discovery and the court being fully advised, if the government intends to use the subject videotape at trial it shall provide access to defense counsel for his viewing with the defendant on or before May 29, 2008.

　　　　Defense counsel shall maintain possession of the subject videotape and defendant shall not be provided with a copy.

　　　　IT IS SO ORDERED.

　　　　DONE this 15th day of May, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON DEFENDANT OFFORD'S MOTION
FOR DISCOVERY -1

LAW OFFICES OF
**KENNETH E. KANEV**
1001 4ᵀᴴ AVENUE, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
206-223-1355(V) 206-583-2278(F)