UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SHAWN VANELL PIPER, *et al.*, <br> Defendants. | No. CR08-82RSL <br><br> ORDER DENYING MOTION <br> FOR RECONSIDERATION |

This matter comes before the Court on the "United States' Motion for Reconsideration Re: Protective Order" (Dkt. #194). Under Local Criminal Rule 12(c)(11), motions for reconsideration are disfavored. Having reviewed the motion under the standard set forth in Local Criminal Rule 12(c)(11), and the remainder of the record, the Court hereby DENIES the motion for reconsideration (Dkt. #194).

DATED this 3rd day of September, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION