Case 2:08-cr-00082-RSL   Document 843   Filed 12/09/16   Page 1 of 1

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

United States of America
v.

Shawn Vanell Piper

Case No: CR08-82RSL

USM No: 38248-086

Date of Original Judgment: 11/12/2008
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Dennis Carroll
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____156____ months is reduced to ____135 months____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____11/12/2008____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: Dec. 9, 2016

Judge's signature

Effective Date: _____
*(if different from order date)*

The Honorable Robert S. Lasnik, U.S. District Judge
*Printed name and title*