Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-082RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| SHAWN VANELL PIPER, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Defendant's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Defendant's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 8th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Submitted by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Shawn Vanell Piper

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Shawn Vanell Piper;* CR08-082RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100